

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 6, 2021

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



> The initial pretrial conference in this case is hereby ADJOURNED to January 21, 2022 at 3:00 PM.
> SO ORDERED.

Re: *Liu v. Mayorkas, et al.*, No. 21 Civ. 6551 (AJN)

Dear Judge Nathan:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Refugee/Asylee Relative Petitions (Forms I-730). On behalf of the government, I write respectfully to request an on-consent extension of time of fifty-two days to respond to the complaint (*i.e.*, from October 12 to December 3, 2021). I also respectfully request that the initial conference presently scheduled for October 22, 2021 be adjourned to the week of December 13, 2021 or thereafter.

The extension is respectfully requested because the relevant USCIS field office is in the process of obtaining the files needed for it to take adjudicative action. The requested extension is anticipated to provide adequate time for USCIS to obtain and review the files and then to determine what next steps may be necessary with respect to plaintiffs' petition and application or to proceed to take adjudicative action, which potentially would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiff consents to these requests.

I thank the Court for its consideration of this letter.

SO ORDERED.

10/7/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:    *s/ Michael J. Byars*
        MICHAEL J. BYARS
        Assistant United States Attorney
        Telephone: (212) 637-2793
        Facsimile: (212) 637-2786
        E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)