

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 10, 2022

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/13/2022

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

> The initial pretrial conference is hereby ADJOURNED to March 4, 2022 at 3:00 PM. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 8 ten days before the conference. SO ORDERED.
>
> /s/ Alison J. Nathan
> 1/11/2022

Re:   *Liu v. Mayorkas, et al.*, No. 21 Civ. 6551 (AJN)

Dear Judge Nathan:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Refugee/Asylee Relative Petitions (Forms I-730). On behalf of the government, I write respectfully to renew the government's request that the initial conference presently scheduled for January 21, 2022, be adjourned to the week of February 14, 2022, or thereafter. The plaintiff consents to this request.

    The adjournment is respectfully requested because, since the government's December 1, 2021 letter (ECF No. 11), USCIS has scheduled an interview for January 31, 2022, regarding the domestic Form I-730 (as well as a related Form I-485 that is not at issue in this case). Following the adjudication of the domestic Form I-730 and Form I-485, USCIS will forward the overseas Form I-730 to China for further action. After the January 31 interview, the parties intend to confer again regarding whether this action can be resolved without further involvement of the Court. This is the government's third request to adjourn the initial conference.[1] Plaintiff consents to this request.

    I thank the Court for its consideration of this letter.

                               Respectfully submitted,

                                 DAMIAN WILLIAMS
                               United States Attorney

                 By:   *s/ Michael J. Byars*
                       MICHAEL J. BYARS
                       Assistant United States Attorney
                       Telephone: (212) 637-2793
                       Facsimile: (212) 637-2786
                       E-mail: michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)

---

[1] On October 6, 2021, the government requested an on-consent extension and adjournment of the initial conference, which the Court granted. *See* ECF Nos. 9, 10. On December 1, 2021, the government requested an on-consent extension and adjournment of the initial conference. *See* ECF No. 11. The Court granted the extension but did not rule on the adjournment request. *See* ECF No. 12.